# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

David Apodaca )
)
*Plaintiff* )
v. ) Civil Action No. 1:16-cv-03008-SAB
Carolyn W Colvin )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 14, is DENIED.
Decision of Commissioner is VACATED and REMANDED to Social Security Administration
Judgment in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on a motion for Summary Judgment, ECF No. 13, GRANTED; Defendant's Motion for Summary Judgment, ECF No. 14, DENIED. Decision of the Commissioner Denying Benefits is VACATED and REMANDED to Social Security Administration.

Date: 11/15/16

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler